## AFFIDAVIT OF DEPUTY U.S. MARSHAL SEAN BIANCHI
## IN SUPPORT OF A CRIMINAL COMPLAINT

I, Sean Bianchi, Criminal Investigator Deputy United States Marshal being duly sworn, depose and state:

1.  I am a Criminal Investigator Deputy United States Marshal with the United States Marshals Service.  I have held this position since February 2003.  I am currently assigned to the Boston, Massachusetts, Sex Offender Investigations Branch, and conduct various criminal investigations including fugitive investigations and investigations of alleged violations of 18 U.S.C. § 2250.

2.  In April 2012, the United States Marshals Service, D/MA Boston office, initiated an investigation of MATTHEW KOCH pertaining to violations of 18 U.S.C. § 2250(a), which is commonly referred to as The Sex Offender Registration and Notification Act (SORNA).

3.  I make this affidavit in support of a Criminal Complaint charging MATTHEW KOCH with a violation of 18 U.S.C. 2250(a).  The information contained within this affidavit is based upon my own investigation and upon information provided to me by law enforcement officers.  Where conversations or statements of others are related herein, they are related in part and in substance.  Moreover, because this affidavit is submitted for a limited

purpose of establishing probable cause, I have not set forth every fact that I have learned in the course of this investigation.

4. Section 2250 of Title 18 of the United States Code provides that whoever (1) is required to register under the Sex Offender Registration and Notification Act ... (2)(B) travels in interstate or foreign commerce ... and (3) knowingly fails to register or update a registration as required by the Sex Offender Registration Notification Act shall be fined under this title or imprisoned not more than 10 years, or both.

5. The Sex Offender Registration and Notification Act, 42 U.S.C. § 16911, et seq., provides that a sex offender shall register, and keep the registration current, in each jurisdiction where the offender resides, where the offender is an employee, and where the offender is a student.  42 U.S.C. § 16913(a).

6. The Sex Offender Registration and Notification Act, 42 U.S.C. § 16911, et seq., further provides that a sex offender shall, not later than 3 business days after each change of name, residence, employment, or student status, appear in person ... and inform that jurisdiction of all changes in the information required for that offender in the sex offender registry.  42 U.S.C. § 16913(c).

7. The term sex offender is defined as an individual who was convicted of a sex offense which includes a criminal offense that

has an element involving a sexual act or sexual contact with another.    42 U.S.C. § 16911(1), (5).

8.  On August 9, 2000, MATTHEW KOCH was convicted by guilty plea in the Lane County Circuit Court of Oregon of SEXUAL ABUSE IN THE THIRD DEGREE.  Review of the incident report from the Springfield (Oregon) Police Department revealed that KOCH bit a 15-year-old victim on her breast.  This conviction requires KOCH to register as a sex offender.

9.  On March 13, 2003, KOCH was convicted by guilty plea of SEXUAL ABUSE IN THE THIRD DEGREE.  Review of the incident report from the Cottage Grove (Oregon) Police Department revealed that KOCH had engaged in sexual intercourse with another 15-years-old. This conviction also requires KOCH to register as a sex offender.

10.  In December 2005, KOCH was, in Lane County, Oregon, arrested for and convicted of failure to register as a sex offender.

11.  On or about June 3, 2010, KOCH moved from Oregon to Massachusetts.  According to Oregon State Police (Sex Offender Unit), KOCH last registered as a sex offender in Oregon on January 2, 2008, and failed to notify the Oregon State Police of his change of address from Oregon to Massachusetts.  KOCH remains "In-Violation" status in Oregon with the Oregon State Police.

12.  According to Massachusetts Sex Offender Registry Board (SORB) records, KOCH initially registered as a sex offender in

Lowell, MA on June 21, 2010.  On his Massachusetts SORB

registration form, KOCH provided a current residence as "homeless"

and provided a mailing address of 94 Rock Street, Lowell, MA.  The

address corresponds with Pathfinder Milestone, a homeless shelter.

13.  According to information provided by Massachusetts SORB,

KOCH has been designated a Level 3 offender, the highest

designation of sex offender risk.  KOCH is required to verify his

address every year with the police department in the city or town

in which he resides.  The Massachusetts SORB also determined that

KOCH has an obligation to register as a sex offender in

Massachusetts until the year 2024.

14.  Following his initial registration with Lowell Police on

June 21, 2010, KOCH was arrested by Lowell Police for failure to

register as a sex offender on October 18, 2010, December 9, 2010,

and December 11, 2010.

15.  On November 21, 2011, at the Lowell Police Department,

KOCH signed a Massachusetts SORB registration form and provided a

home address of 15 Garnet Street, Apt #3, Lowell, MA.  In signing

this registration form, KOCH acknowledged his obligation to

"notify, in writing, the Sex Offender Registry Board and/or the

Police Department in the city or town in which [he] reside[s] not

less than 10 days prior to any change in residence, employment, or

attendance at an institution of higher learning"; he also

acknowledged his obligation to "immediately contact and advise of

your presence, the appropriate authorities in any other state in which you locate yourself for the purpose of residence, employment, or attendance at an institution of higher learning".

16.   On March 29, 2012, Lowell Police Department detectives conducted a sex offender address verification check of KOCH's address located at 15 Garnet Street, Apt #3, Lowell, MA.  This check revealed that KOCH was no longer residing at this address. Further investigation by Lowell Police revealed that KOCH had moved to West Virginia approximately two months prior to the address verification check.  Lowell Police did not receive any change of address notification from KOCH.  Due to KOCH's non-compliance with Massachusetts SORB requirements, on April 6, 2012, an arrest warrant for KOCH was issued out of Lowell District Court for Failure to Register Sex Offender.

17.   On April 17, 2012, the United States Marshals Service, District of Massachusetts, Sex Offender Investigations Branch (D/MA SOIB), received information from the West Virginia State Police that KOCH was not registered as a sex offender in West Virginia.

18.   On April 24, 2012, D/MA SOIB received information from the Mineral County (WV) Probation Office regarding the whereabouts of KOCH in West Virginia.  Mineral County Probation provided information that KOCH recently got married in West Virginia to a woman named Maggie Blacka.  Blacka is currently under Mineral

County Probation supervision.  Blacka lives in a trailer home located off of Knobly Road, New Creek, WV.  Lowell Police provided Mineral County Probation with photographs of KOCH.  Mineral County Probation Officers, while conducting probation checks at Blacka's residence in New Creek, WV, were able to positively identify KOCH on several occasions living at Blacka's residence.  According to a Mineral County Probation report dated April 24, 2012, Mineral County Probation Officers observed KOCH at Blacka's residence "numerous times for the past 2 months."

19.  On April 26, 2012, D/MA SOIB received information from the United States Postal Inspectors Service (USPIS) regarding KOCH's residence in West Virginia.  According to USPIS, KOCH is currently receiving mail at the same P.O. Box as Blacka – P.O. Box 70, New Creek, WV 26743.  The address associated with this P.O. Box is an unnamed trailer park located off of Knobly Road, New Creek, WV 26743.  USPIS further reported that KOCH and Blacka's physical address was a trailer -- south on Knobly Road, on Lighthouse Way, across from Davis Cemetery.

20.  On April 30, 2012, Mineral County Probation Office provided D/MA SOIB with a copy of KOCH and Blacka's marriage certificate.  This certificate was issued in Mineral County, WV, and provided a marriage date of March 17, 2012, and a place of marriage at the Lighthouse Assembly of God, Keyser, WV.

21.   On April 24, 2012, the Massachusetts SORB provided D/MA

SOIB with a certified document showing KOCH to be currently "In-

Violation" status with the Massachusetts SORB.

22.   Based on the foregoing facts, there is probable cause to

believe that MATTHEW KOCH is required to register under the Sex

Offender Registration Notification Act, traveled in interstate or

foreign commerce, and knowingly failed to register or update a

registration as required by the Sex Offender Registration

Notification Act.

WHEREFORE, I respectfully request that the Court issue a

complaint charging MATTHEW KOCH with a violation of 18 U.S.C. §

2250(a).


Sworn to under the pains and penalties of perjury,


_____
Sean Bianchi
Criminal Investigator
Deputy United States Marshal
United States Marshals Service


SUBSCRIBED and SWORN to before me on ___May 23___, 2012.


_____
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE